# CERTIFICATE OF SERVICE

I, Joshua N. Bleichman, affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old. I served the within Adversary Complaint and Summons on September 14, 2009, by depositing a true copy thereof by ECF or a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the US Postal Service within the State of New York, first class mail, addressed to:

Mr. James Bombino, CEO
CJP Abstract LLC
152 McClean Ave
Staten Island, NY 10305

Ms. Mary Chapman Cantu, CEO
Commonwealth Land Title Insurance Co.
5600 Cox Road
Glen Allen, VA 23060

Mr. Art Lyon, CEO
Homeq Servicing Corp.
4837 Watt Ave
North Highlands CA 95660-5108

Mr. John G. Stumpf, CEO
Wachovia Bank
One Wachovia Center
South College Street, Suite 4000
Charlotte, NC 28288

Mr. Wayne Lee, CEO
Argent Mortgage Company
1 City Blvd West
Suite 1500
Orange, CA 92868

Argent Mortgage Company
333 Westchester Ave.
White Plains, New York 10604

Mr. Adam J. Bass, CEO
AMC Mortgage Services
505 City Parkway West
Suite 100
Orange, CA 92868

Mr. John G. Stumpf, CEO
Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94163


\_\_\_\_\_/s/ Joshua N. Bleichman\_
Joshua N. Bleichman