CUDDY & FEDER LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
(914) 761-1300
Joshua E. Kimerling (JEK 0053)

**Counsel for Defendant Commonwealth Land Title Insurance**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

PATRICK FAGAN, CHRISTINE FAGAN

Chapter 13

Case No. 08-22991

-------------------------------------------------------------x
PATRICK FAGAN, CHRISTINE FAGAN,

          Plaintiffs,

 -against-

CJP ABSTRACT, LLC, COMMONWEALTH LAND
TITLE INSURANCE HOMEQ SERVICING CORP.,
WACHOVIA BANK, ARGENT MORTGAGE
COMPANY, AMC MORTGAGE SERVICES, INC.,
WELLS FARGO BANK, N.A., JOHN DOE,
JANE DOE, XYZ CORP., fictitious names for
substation of parties when discovered.

       Defendants.
-------------------------------------------------------------x

  I hereby certify that on October 23, 2009, a copy of the Answer of Commonwealth Land Title Insurance Company in response to the Complaint filed in the adversary proceeding with respect to the above-referenced action was served counsel for Plaintiff as follows:

Joshua N. Bleichman, Esq.
Law Office of Bleichman and Klein
268 Route 59 West
Spring Valley, New York 10977
(845) 425-2510

1

C&F: 1221846.1

Dated: White Plains, New York
       October 23, 2009

**CUDDY & FEDER** LLP
Attorneys for
Commonwealth Land Title Ins. Co.
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
(914) 761-1300

By: _____
     Joshua E. Kimerling

C&F: 1221846.1