**CUDDY & FEDER LLP**
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
(914) 761-1300
Joshua E. Kimerling (JEK 0053)

**Counsel for Defendant Commonwealth Land Title Insurance**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

PATRICK FAGAN, CHRISTINE FAGAN

-----------------------------------------------------------x
PATRICK FAGAN, CHRISTINE FAGAN,

                                Plaintiffs,

    -against-

CJP ABSTRACT, LLC, COMMONWEALTH LAND
TITLE INSURANCE HOMEQ SERVICING CORP.,
WACHOVIA BANK, ARGENT MORTGAGE
COMPANY, AMC MORTGAGE SERVICES, INC.,
WELLS FARGO BANK, N.A., JOHN DOE,
JANE DOE, XYZ CORP., fictitious names for
substation of parties when discovered.

                      Defendants.
-----------------------------------------------------------x

Chapter 13

Adversary Proceeding: 09/8292

       I hereby certify that on October 27, 2009, a copy of the Answer of Commonwealth Land Title Insurance Company in response to the Complaint (together with Cross-Claim as against Defendant CJP Abstract, LLC) filed in the adversary proceeding with respect to the above-referenced action was served counsel for Cross-Claim Defendant as follows:

James Bombino
Chief Executive Officer
CJP Abstract, LLC
152 McClean Avenue
Staten Island, New York 10305

Dated: White Plains, New York
October 27, 2009

**CUDDY & FEDER** LLP
Attorneys for
Commonwealth Land Title Ins. Co.
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
(914) 761-1300

By: _____
Joshua E. Kimerling