UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:  Chapter 13

PATRICK FAGAN, CHRISTINE FAGAN,

---

PATRICK FAGAN, CHRISTINE FAGAN,

                    Plaintiff(s),

    -against-

CJP ABSTRACT, LLC, COMMONWEALTH LAND
TITLE INSURANCE, HOMEQ SERVICING CORP.,
WACHOVIA BANK, ARGENT MORTAGE
COMPANY, AMC MORTGAGE SERVICES, INC.,
WELLS FARGO BANK, N.A., JOHN DOE, JANE
DOE, XYZ CORP, fictitious names for substation of
parties when discovered.

                    Defendant(s).

Adversary Case No. 09-08292

**(RDD)**

## **CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of ARGENT MORTGAGE COMPANY and AMC MORTGAGE SERVICES, INC., in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure, as nongovernmental corporate parties to an action in the Southern District of New York as captioned above, a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

The filing parties hereby declare as follows:

1) Defendant Argent Mortgage Company is a privately held, Delaware corporation that had its principal place of business in Orange, California.

2) ACC Capital Holdings, Inc. is Argent Mortgage Company's parent corporation, and is also privately held.

3) Defendant AMC Mortgage Services, Inc. is a privately held, Delaware corporation that had its principal place of business in Orange, California.

4) ACC Capital Holdings, Inc. is AMC Mortgage Services, Inc.'s parent corporation, and is also privately held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: Elmsford, New York
December 29, 2009

/s/ MARK R. KNUCKLES, ESQ.
Attorneys for Defendants
*ARGENT MORTGAGE COMPANY* and
*AMC MORTGAGE SERVICES, INC.*
565 Taxter Road, Suite 590
Elmsford, New York 10523
(914) 345-3020