UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                              Chapter 13
Patrick Fagan and Christine Fagan              Case #:08-22991
                          Debtors.
_____X
Patrick Fagan and Christine Fagan              Adversary No. 09-08292
          Plaintiff,

v.

CJP Abstract LLC and Commonwealth Land Title Insurance,
          Defendant,
_____X

STATE OF NEW YORK
COUNTY OF ROCKLAND

        I, Joshua N. Bleichman, an attorney admitted to practice before this Court affirm
under the penalties of perjury that I am not a party to this action and that I am over the
age of 18 y ears old.  I have offices at 268 W. Route 59, Spring Valley, NY, and the
**MOTION FOR AUTHORITY TO COMPROMISE ADVERSARY PROCEEDING
AGAINST DEFENDANT    CJP ABSTRACT LLC, AND COMMONWEALTH
LAND TITLE INSURANCE LLC,** was served on December 29,2010 by emailing and
depositing a true copy thereof in a post-paid wrapper, placing it in an official depository
under the exclusive care and custody of the United States Postal Service with the State of
New  York, first class mail, addressed to:

Joshua E. Kimerling
Lisa Pierce Reisz
Cuddy and Feder
445  Hamilton Ave,14th Floor
White Plains, NY 10601


                                    __/s/Joshua N Bleichman_____
                                    Joshua N. Bleichman, Esq.