**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────x
**In Re:**

| | |
|---|---|
| **Patrick Fagan and Christine Fagan** | Case No. 08-22991(rdd) |
| | Chapter 13 |
| **Debtors** | |

─────────────────────────────x

| | |
|---|---|
| **Patrick Fagan and Christine Fagan** | Adversary Pro. No. 09-08292 |
| **Plaintiffs** | |

v.

| | |
|---|---|
| **CJP Abstract LLC, Commonwealth Land Title Insurance,** | |
| **Defendant** | |

─────────────────────────────x

### ORDER AUTHORIZING COMPROMISE OF ADVERSARY PROCEEDING AGAINST DEFENDANTS CJP ABSTRACT LLC, AND COMMONWEALTH LAND TITLE INSURANCE AND CLOSING CASE

Upon the Motion of Plaintiffs Patrick Fagan and Christine Fagan for Authority to Compromise Adversary Proceeding Against Defendants CJP Abstract LLC, and Commonwealth Land Title Insurance. (together, the "Defendant"); and it appearing that there were no objections to the Motion; and the Court having found and concluded that (a) the Court has jurisdiction over this matter, (b) this is a core proceeding, (c) venue is proper in this Court, and (d) notice of the Motion was sufficient under the circumstances; and good and sufficient cause appearing, it is hereby:

ORDERED, ADJUDGED and DECREED, that:

1. The Motion is, granted;

2. The terms of the Settlement Agreement and Release attached as Exhibit <u>A</u> to the Motion are approved;

3. Upon the entry of this Order, the above-captioned adversary proceeding shall be closed;

4. This Court shall retain jurisdiction over any matters arising out of the Settlement Agreement and Release.

Dated: White Plains, New York
       January 24, 2011

                                      <u>/s/Robert D. Drain</u>
                                      United States Bankruptcy Judge