# BLEICHMAN & KLEIN
**ATTORNEYS AND COUNSELORS AT LAW**

| | |
|---|---|
| 268 WEST ROUTE 59 | 113 CEDARHILL AVENUE |
| SPRING VALLEY, NJ 10977 | MAHWAH, NJ 07430 |
| (845) 425-2510 | (201) 529-3411 |
| JOSHUA N. BLEICHMAN, ADMITTED IN NY | SHMUEL KLEIN, ADMITTED IN NJ |

January 25, 2011

Hon. Robert Drain
United States Bankruptcy Court
300 Quarropas St.
White Plains, NY 10601-4150

Re: Fagan et al v. National Capital Management, LLC
Case No. 09-08292-rdd

Dear Hon. Robert Drain;

Due to a staffing issue at my office, of which I am certain you are aware, I apologize for not informing you that there is still an open defendant in the above referenced case. I respectfully ask for your Honors indulgence in re-opening this case against National Capital Management, LLC.

If you should have any questions or should need anything further please do not hesitate to contact me.

Sincerely,

/s/
Joshua N. Bleichman/jq

cc. Patrick &Christine Fagan
    National Capital Management, LLC