UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
In Re:                                              Chapter 13

PATRICK FAGAN, CHRISTINE FAGAN             Case No. 08-22991 (RDD)


---------------------------------------------------x
PATRICK FAGAN, CHRISTINE FAGAN,            Adversary Pro. No. 09-08292

        Plaintiffs,

   v.


CJP ABSTRACT, LLC,
COMMONWEALTH LAND TITLE INSURANCE
HOMEQ SERVICING CORP.,
WACHOVIA BANK,
ARGENT MORTGAGE COMPANY,
AMC MORTGAGE SERVICES, INC.,
WELLS FARGO BANK, N.A.,
JOHN DOE, JANE DOE, XYZ CORP,
fictitious names for substation of parties
when discovered.
        Defendants.
---------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for Plaintiffs Patrick Fagan and Christine Fagan and Defendants Wells Fargo Bank, N.A.

and Homeq Servicing Corp., that:

    WHEREAS, plaintiffs Patrick Fagan and Christine Fagan filed a Chapter 13 petition in

bankruptcy and thereafter filed an adversary complaint,

NOW THEREFORE it is stipulated and agreed that this adversary complaint be dismissed with prejudice in its entirety against the defendants named herein, with each party to bear his, her or its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Signatures signed by facsimile shall have the full force and effect as original signatures.

Bleichman & Klein                                             Dated:    July 23,  2012

/s/ Joshua N. Bleichman
By: Joshua N. Bleichman
Attorneys for Plaintiffs
268 Route 59 West
Spring Valley, NY 10977
845-425-2510

Rosicki, Rosicki & Associates, P.C.                           Dated:    July 23, 2012

/s/Andrew Morganstern
By: Andrew Morganstern
Attorneys for defendant
51 E. Bethpage Road
Plainview, NY 11803
516-741-2585

SO ORDERED:
Dated:  June 10, 2013

/s/Robert D. Drain
Hon. Robert Drain
United States Bankruptcy Judge